IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO:** _____ |
| v. | : | **DATE FILED:** _____ |
| **LAAULI PULU** | : | **VIOLATION:**<br>46 U.S.C. §§ 70506(b), 70503(a) & 21 U.S.C. § 960(b)(1) (conspiracy to possess with intent to distribute 5 kilograms or more of cocaine on a vessel subject to the jurisdiction of the United States - 1 count) |
| | : | |
| | : | |
| | : | **Notice of forfeiture** |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning in or around early 2019 until on or about June 17, 2019, on the high seas, elsewhere, and in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LAAULI PULU**

conspired and agreed, with others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board the Motor Vessel MSC Gayane, a vessel subject to the jurisdiction of the United States.

In violation of Title 46, United States Code, Sections 70506(b), 70503(a) and Title 21, United States Code, Section 960(b)(1).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 46, United States Code, Sections 70506(b), 70503(a) and Title 21, United States Code, Section 960(b)(1), set forth in this indictment, defendant

## LAAULI PULU

shall forfeit to the United States of America:

    (a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

    (b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

*Denise Wolf for*
**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**