AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Harrell)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-cr-375 |
| Laauli Pulu | ) | 19-1069-M-4 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Laauli Pulu**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
On or about June 17, 2019, in the Eastern District of Pennsylvania and elsewhere, Bosko Markovic, Aleksandar Kavaja, Nenad Ilic, and Laauli Pulu knowingly and intentionally conspired with each other and with persons known and unknown to possess a controlled substance, that is, more than five kilograms of a mixture or substance containing cocaine, on board a vessel subject to the jurisdiction of the United States, that is, the MSC Gayane, in violation of Title 46, United States Code, sections 70503(a)(1) and 70506(b).

Date: 6/19/19

_____
*Issuing officer's signature*

City and state: Philadelphia, PA      Honorable Elizabeth T. Hey, U.S. Magistrate Judge
                                       *Printed name and title*

### Return

This warrant was received on *(date)* 6-19-19, and the person was arrested on *(date)* 6-19-19
at *(city and state)* PA.

Date: 6-19-19       _____
                    *Arresting officer's signature*

                    _____
                    *Printed name and title*