# Exhibit A

# Law Enforcement Boarding of MSC Gayane



# Exhibit B

# Cocaine-Filled Bales and Duffel Bags Inside Containers

  





# Bricks of Cocaine



# Exhibit C

# MSC Gayane



Side view of the MSC Gayane depicting cargo above and below deck



# Exhibit D

# MSC Gayane Crew List by Rank



| No | NAME | RANK | ENTRY No | SEAT No |
|---|---|---|---|---|
| 1 |  | Master | 22 | 28 |
| 2 | MARKOVIC BOSKO | Chief Mate | 1 | 1 |
| 3 | DURASEVIC IVAN | 2nd Mate | 20 |  |
| 4 |  | 3rd Mate | 18 |  |
| 5 |  | Ch. Engineer | 19 |  |
| 6 |  | 2nd A/Eng |  |  |
| 7 | PENDA VLADIMIR | 4th A/Eng |  |  |
| 8 | ILIC NENAD | Eng. Trainee | 13 | 24 |
| 9 | KAVAJA ALEKSANDAR | E.T.O | 5 | 13 |
| 10 | BOJEVIC STEFAN | Ass. Reefer Man | 3 | 15 |
| 11 |  | Bosun | 3 | 15 |
| 12 |  | A.B.1 | 15 | 20 |
| 13 |  | A.B.2 | 7 | 11 |
| 14 | TIASAGA FONOFAAVEE | A.B.3 | 14 | 23 |
| 15 |  | O.S.1 | 8 | 10 |
| 16 | PULU LAAULI | O.S.2 | 9 | 9 |
| 17 |  | Fitter | 12 | 25 |
| 18 |  | Oiler 1 | 10 | 8 |
| 19 |  | Oiler 2 | 11 | 7 |
| 20 |  | Cook | 16 | 19 |
| 21 |  | Messman | 17 | 18 |
| 22 |  | Deck Boy | 21 | 29 |

# Exhibit E

# MSC Gayane's Crane



# Exhibit F

# Fake Seals on Containers




# Extra Fake Seals Hidden in Electrical Box

